**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL ANTHONY SALINAS, | ) | CASE NO. CV 09-05779 ODW (RZ) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| DOMINGO URIBE, JR., WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of JOEL ANTHONY SALINAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 23, 2009

*[signature]*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE